FILED

2021 Mar-22  PM 02:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANDREW EDWARDS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:20-CV-00114-CLM** |
| | ) | |
| **MED-TRANS CORPORATION,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## FINAL ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the respective Motions to Dismiss filed by Defendants Med-Trans Corporation (doc. 58); Wakefield and Associate, Inc. (doc. 54); TransUnion, LLC (doc. 56); and Experian Information Solutions, Inc. (doc. 57) are **GRANTED**. Accordingly, Plaintiff's fourth amended complaint is **DISMISSED WITH PREJUDICE.**

Costs are taxed as paid. The Court **DIRECTS** the Clerk to close this case. All pending motions are **DENIED AS MOOT**.

**DONE** and **ORDERED** this 22nd day of March 2021.


**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE